UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DRUE ALLEN HOLLIS,**

   Plaintiff,

v.                                   No. 4:22-cv-0413-P

**VALERIE ADELE WEBBER,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeffrey L. Cureton made Findings, Conclusions, and a Recommendation ("FCR") in this case. *See* ECF No. 14. The FCR recommended the dismissal of this action due to Plaintiff's failure to comply with the Court's order to file a Complaint that complied with the Federal Rules of Civil Procedure. *Id.*

After the Magistrate Judge issued the FCR, Plaintiff Drue Allen Hollis filed a Second Amended Complaint. *See* ECF No. 15. Upon review, however, the Amended Complaint is nearly identical to the previously filed Complaint, which the Magistrate Judge found insufficient. *Compare* ECF No. 15, *with* ECF No. 5. Thus, the Court concludes that Plaintiff failed to adequately address the deficiencies articulated in the FCR. *See* ECF No. 14.

Accordingly, because of Plaintiff's failure, the Court concludes that Plaintiff has failed to comply with the Court's order to file a Complaint compliant with the Federal Rules of Civil Procedure. In addition, the Court also notes that Plaintiff failed to comply with the Court's June 2, 2022 Order. *See* ECF No. 12. As of the date of this Order, Plaintiff has not provided good cause for these failures. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge

believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR as its own. Accordingly, Plaintiff's claims against Defendant in the instant action are hereby **DISMISSED without prejudice**.

**SO ORDERED** on this **27th day** of **June, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE